IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMPART IC, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-643 (JCG) |
| | ) |
| EGG MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for (1) Plaintiff Rampart IC, LLC's response to Defendant's Answer and Counterclaims (D.I. 12) is hereby extended through and including August 21, 2024; and (2) Plaintiff's response to Defendant's Motion to Transfer (D.I. 15) is hereby extended through and including August 21, 2024, and Defendant's reply in support of its Motion to Transfer is extended to September 4, 2024.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Andrew L. Brown* |
| Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

July 30, 2024

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Jennifer Choe-Groves