# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAMPART IC, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-643-JCG |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| EGG MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The undersigned counsel certifies that this filing complies with the type, font, and word limitations set forth in Judge Choe-Groves' August 16, 2024 Standing Order adopting Judge Connolly's November 10, 2022 Standing Order.  According to the word processing system used to prepare it, the foregoing document contains 2,499, words, excluding the case caption, tables, and signature block.  The text of this document, including footnotes, was prepared in Times New Roman, 14 point font.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| Grant D. Fairbairn | Bindu A. Palapura (#5730) |
| Barbara Marchevsky | Andrew L. Brown (#6766) |
| FREDRIKSON & BYRON, P.A. | Hercules Plaza, 6th Floor |
| 60 South 6th Street, Suite 1500 | 1313 N. Market Street |
| Minneapolis, MN  55402-4400 | Wilmington, DE  19801 |
| Tel: (612) 492-7000 | Tel:  (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |
| Dated:  September 4, 2024 | *Attorneys for Defendant Egg Medical, Inc.* |
| 11722478 / 24184.00001 |  |